Attorneys for Plaintiff Christie Bean
Larry Helvey Law Firm
2735 First Ave. SE, Suite 101, Cedar Rapids, IA 52403
(319) 362-0421

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Case Specific No.:  3:07-cv-01316<br><br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| Christie Bean,<br><br>                    Plaintiff,<br><br>            vs.<br><br>Pfizer Inc, et al.,<br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Christie Bean and Defendants, by and through the undersigned

attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 6, 2009      By: _____
Larry Helvey Law Firm
2735 First Ave. SE, Suite 101, Cedar Rapids, Iowa 52403
(319) 362-0421
Attorneys for Plaintiff, Christie Bean

-11-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

DATED: Aug 18, 2009        By: _____

2

3          DLA PIPER LLP (US)
           1251 Avenue of the Americas
4          New York, NY 10020
           Telephone: (212) 335-4500
5          Facsimile: (212) 335-4501
           *Defendants' Liaison Counsel*
6

7

8

9    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

10

11

     Dated: **AUG 1 9 2009**
12
                                    Hon. Charles R. Breyer
13                                  United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-12-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE